**This order is SIGNED.**

Dated: October 20, 2025





**PEGGY HUNT**
**U.S. Bankruptcy Judge**

jas

Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| IN RE:<br>Dee Lynn Van Wagoner<br>Wendy Diane Van Wagoner<br><br>Debtors | CASE NO: 25-22795<br><br>Chapter 13<br><br>Hon. PEGGY HUNT |
|---|---|

### ORDER DISMISSING CHAPTER 13 CASE
### BY CONSENT OF PARTIES

A hearing on confirmation of the Chapter13 plan was scheduled on October 2, 2025 10:30 am. Based on the consent of all parties, the Court hereby ORDERS:

1. The Debtor's case is hereby dismissed without prejudice.

2. Of the funds being held in this case, the Trustee shall pay, to the extent funds are available, the following claims in the following priority: (1) adequate protection payments provided for in the proposed plan, stipulated to by the parties, or ordered by the Court; (2) allowed administrative expenses, including attorney's fees and costs in the total amount of $2,800.00, less any retainer on the Bankruptcy Rule 2016 statement; and (3) with the balance of such funds to be returned to the Debtors pursuant to 11 U.S.C. § 1326(a)(2) by a check made payable to the Debtors and mailed to the debtors' most recent address on file with the Bankruptcy Court.

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing Order was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on 10/03/2025:

JEFFREY C. SHORTER,  ECF Notification

/S/Michelle Moses

## DESIGNATION OF PARTIES TO BE SERVED

CHAPTER 13 TRUSTEE - ECF NOTIFICATION

Dee Lynn Van Wagoner AND Wendy Diane Van Wagoner, 946 Fox Run Drive , Tooele, UT  84074

JEFFREY C. SHORTER, ECF Notification

United States Bankruptcy Court
District of Utah

In re:     Case No. 25-22795-PH
Dee Lynn Van Wagoner     Chapter 13
Wendy Diane Van Wagoner
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: admin     Page 1 of 3
Date Rcvd: Oct 20, 2025     Form ID: pdfor1     Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dee Lynn Van Wagoner, Wendy Diane Van Wagoner, 946 Fox Run Drive, Tooele, UT 84074-8125 |
| 12664748 | + | Alpina Legal, 2230 North University Parkway, Ste. 7E, Provo, UT 84604-6701 |
| 12664752 | + | Empower Investment, 8515 East Orchard Road, Englewood, CO 80111-5002 |
| 12664754 | + | Eye Health Professional, 88 East 700 North, Ste. A, Tooele, UT 84074-1818 |
| 12664761 | | Mountain West Medical Center, Professional Account Services, Inc., P.O. Box 188, Brentwood, TN 37024-0188 |
| 12664762 | + | Mountain West Women's Care, 196 East 2000 North, Ste. 101, Tooele, UT 84074-9335 |
| 12664767 | + | Security Service Federal Credit Union, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 12664769 | + | Synchrony Bank/Care Credit, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 12664771 | + | Tooele Urology, 2376 North 400 East, Tooele, UT 84074-3413 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: TXBANKRUPT@UTAH.GOV | Oct 20 2025 23:50:00 | Utah State Tax Commission, Attn Bankruptcy Unit, 210 North 1950 West, Salt Lake City, UT 84134-9000 |
| 12664748 | + | Email/Text: chad@alpinalegal.com | Oct 20 2025 23:51:00 | Alpina Legal, 2230 North University Parkway, Ste. 7E, Provo, UT 84604-6701 |
| 12664749 | + | Email/Text: e-bankruptcy@americafirst.com | Oct 20 2025 23:51:00 | America First Credit Union, P.O. Box 9199, Ogden, UT 84409-0199 |
| 12664750 | + | Email/Text: collectionsclerks@cypruscu.com | Oct 20 2025 23:50:00 | Cyprus Credit Union, P O Box 9002, West Jordan, UT 84084-9002 |
| 12664751 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 20 2025 23:51:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 12664753 | ^ | MEBN | Oct 20 2025 23:46:26 | Epic Emergency Physicians Integrated, P.O. Box 96398, Oklahoma City, OK 73143-6398 |
| 12664756 | + | Email/Text: accountresearch@goodleap.com | Oct 20 2025 23:50:00 | GoodLeap Llc., Attn: Bankruptcy, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |
| 12664757 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 20 2025 23:50:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 12704465 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 20 2025 23:51:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 12664758 | | Email/Text: Mailreview@jmlaw.com | Oct 20 2025 23:51:00 | Johnson Mark LLC, Attorney's at Law, P.O. Box 7811, Sandy, UT 84091-7811 |
| 12664759 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 20 2025 23:50:00 | LoanCare LLC, 3637 Sentara Way, Virginia |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| | | | | Beach, VA 23452-4262 |
| 12664760 | | Email/Text: EBN@Mohela.com | Oct 20 2025 23:50:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 12716851 | | Email/Text: EBN@Mohela.com | Oct 20 2025 23:50:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 12664763 | + | Email/Text: wendy@mountainlandcollections.com | Oct 20 2025 23:51:00 | Mountain Land Collections LLC, P.O. Box 1280, American Fork, UT 84003-6280 |
| 12664764 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2025 23:59:15 | Portfolio Recovery, P.O. Box 12914, Norfolk, VA 23541 |
| 12664765 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 21 2025 00:21:04 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 12711267 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2025 23:51:00 | Quantum3 Group LLC as agent for, GoodLeap, PO Box 788, Kirkland, WA 98083-0788 |
| 12664766 | | Email/Text: ARPacerRequest@ssfcu.org | Oct 20 2025 23:50:00 | Security Service Fcu, Po Box 691510, San Antonio, TX 78256 |
| 12669140 | + | Email/Text: BKelectronicnotices@cenlar.com | Oct 20 2025 23:50:00 | Security Service Federal Credit Union, c/o Cenlar FSB, Attn: BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 12664768 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Oct 20 2025 23:58:15 | SoFi, Attn: Bankruptcy, 2750 East Cottonwood Pky, Ste 300, Salt Lake City, UT 84121-7285 |
| 12671989 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2025 23:58:31 | Sofi Bank, National Association, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 12664770 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Oct 20 2025 23:59:14 | T-Mobile, P.O. Box 37380, Albuquerque, NM 87176-7380 |
| 12675532 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 20 2025 23:51:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 12664772 | ^ | MEBN | Oct 20 2025 23:46:51 | Utah Imaging Associates, Inc., P.O. Box 25488, Salt Lake City, UT 84125-0488 |
| 12664773 | + | Email/Text: TXBANKRUPT@UTAH.GOV | Oct 20 2025 23:50:00 | Utah State Tax Commission, 210 North 1950 West, Salt Lake City, UT 84134-9000 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12664755 | | Good Leap, P.O. Box 850717, RETURNED MAIL--99999 |
| 12698955 | *P++ | SECURITY SERVICE FEDERAL CREDIT UNION, ATTN ASSET RECOVERY - BANKRUPTCY, 15000 IH 10 WEST, SAN ANTONIO TX 78249-3530, address filed with court:, Security Service FCU, PO Box 691510, San Antonio, TX 78269 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 1088-2 User: admin Page 3 of 3
Date Rcvd: Oct 20, 2025 Form ID: pdfor1 Total Noticed: 33

Date: Oct 22, 2025  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron M. Waite | on behalf of Creditor Utah State Tax Commission aaronmwaite@agutah.gov |
| Hillary R. McCormack | on behalf of Creditor Lakeview Loan Servicing LLC hillarym@hwmlawfirm.com |
| Hillary R. McCormack | on behalf of Creditor Security Service Federal Credit Union hillarym@hwmlawfirm.com |
| Jeffrey C. Shorter | on behalf of Debtor Dee Lynn Van Wagoner jeff.shorter@utahlaw-smart.com tamaraking@utahlaw-smart.com |
| Jeffrey C. Shorter | on behalf of Joint Debtor Wendy Diane Van Wagoner jeff.shorter@utahlaw-smart.com tamaraking@utahlaw-smart.com |
| Lon Jenkins tr | ecfmail@ch13ut.org lneebling@ch13ut.org |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 7